UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                           Chapter 11

HENRY E. TUCKER and                           Case No. 8:14-bk-13988 RCT
CHARLOTTE M. TUCKER,

      Debtors.
_____/

## PIWI, LLC'S NOTICE OF NON-PARTY PRODUCTION

**YOU ARE HEREBY NOTIFIED** that after ten (10) days from the date of service of this Notice, the undersigned will apply to the Clerk of this Court for issuance of the attached Subpoena for Production of Documents directed to:

    Records Custodian
    Heatwole Law Firm, P.A.
    1500 E. Robinson Street
    Orlando, Florida 32801-2122

who is not a party to this action to produce the items listed by the method and at the time and place specified in the attached Subpoena.

*[Certificate of Service Follows]*

3499766v1

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing, which was filed with the Clerk of Court, has been furnished to those parties registered to receive service via CM/ECF, and that the foregoing document is being served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in this chapter 11 case, on this 22 day of August, 2022.

/s/ Fred E. Moore
**Fred E. Moore, Esquire**
FBN: 0273480
Primary Email: fmoore@blalockwalters.com
Secondary: eservice@blalockwalters.com
**Charles F. Johnson, Esquire**
FBN: 898937
Primary Email: cjohnson@blalockwalters.com
**Jonathan T. Tortorici, Esquire**
FBN: 1032589
Primary Email: jtortorici@blalockwalters.com
Blalock Walters, P.A.
802 11th Street West
Bradenton, FL 34205
Telephone: 941.748.0100
Facsimile: 941.745.2093
Attorneys for PIWI, Inc.

3499766v1